**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000834**
**27-FEB-2020**
**08:58 AM**

NO. CAAP-19-0000834

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TH, Plaintiff-Appellant, v.
NH, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
KONA DIVISION
(FC-C NO. 17-1-165K)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed February 20, 2020, by Plaintiff-Appellant TH, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with

prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, February 27, 2020.


Chief Judge


Associate Judge


Associate Judge

2